

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-15-2006

# IFC Interconsult AG v. Safeguard Intl

Precedential or Non-Precedential: Precedential

Docket No. 05-1817

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"IFC Interconsult AG v. Safeguard Intl" (2006). *2006 Decisions.* Paper 1502.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1502

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 05-1817 and 04-3933

———————

IFC INTERCONSULT, AG,

Appellant in 05-1817

v.

SAFEGUARD INTERNATIONAL PARTNERS, LLC;
SAFEGUARD INTERNATIONAL FUND, L.P.

and

IFC INTERCONSULT, AG

v.

SAFEGUARD INTERNATIONAL PARTNERS, LLC,

Appellant in 04-3933

———————

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 04-mc-00107)
District Judge:  Hon. Marvin Katz

———————————

Argued on 11/14/05

Before: ROTH, FUENTES and BECKER, <u>Circuit Judges</u>

Dennis R. Suplee, Esquire (ARGUED)
Nancy Winkelman, Esquire
Stephen A. Fogdall, Esquire
Schnader, Harrison, Segal & Lewis LLP
Suite 3600
1600 Market Street
Philadelphia, PA   19103

James D. Zirin, Esquire (ARGUED)
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY   10019

Counsel for IFC Interconsult, AG


Kenneth I. Levin, Esquire (ARGUED)
Matthew J. Hank, Esquire
Anne M. Aaronson, Esquire
Pepper Hamilton LLP
Two Logan Square
18th & Arch Streets
Philadelphia, PA   19103

Counsel for Safeguard International Fund, L.P.

Paul R. Rosen, Esquire (ARGUED)
Bruce Bellingham, Esquire
Spector Gadon & Rosen, PC
1635 Market Street
Seven Penn Center, 7th Floor
Philadelphia, PA   19103

       Counsel for Safeguard International Partners, LLC


**<u>ORDER AMENDING OPINION</u>**

<u>ROTH</u>, Circuit Judge

       IT IS ORDERED that the published Opinion in the above case filed February 13, 2006, be amended as follows:

       On page 18, line 11-12, delete "The question before us, then, is whether <u>Peacock</u> overruled <u>Skevofilax</u>."


       By the Court,

       <u> /s/ Jane R. Roth      </u>
       Circuit Judge


Dated: February 15, 2006